# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

DAVID BRIAN MORGAN, )
)
   Plaintiff, )
)
v. ) Case No. CIV-24-942-D
)
JOE BIDEN, *et al.*, )
)
   Defendants. )

## **ORDER**

Before the Court is the Report and Recommendation ("R&R") issued by United States Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. § 636(b)(1)(B)-(C) [Doc. No. 18]. Judge Stephens recommends a dismissal without prejudice of this action based on Plaintiff's failure to comply with prior orders directing him to pay $405.00 for filing and administrative fees.[1]

Plaintiff has neither filed a timely objection to the R&R nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further review of the issues addressed in the R&R. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

---

[1] Before this case was transferred to the Western District of Oklahoma, Judge John F. Heil, III of the Eastern District of Oklahoma denied Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. *See* 8/13/2024 Order [Doc. No. 7].

**IT IS THEREFORE ORDERED** that the R&R [Doc. No. 18] is **ADOPTED** in its entirety. This action is **DISMISSED** without prejudice to refiling. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 9th day of December, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge